UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                            Plaintiff,                    **MEMORANDUM**

         -against-                                  7:22-cr-00381-NSR

Gelani Dixon
                      Defendant.
------------------------------------------------------------x

TO:  Hon., United States District Judge:

       Please find attached a transcript of the August 8, 2022 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: September 19, 2022
          White Plains, New York

                                                        Respectfully Submitted,

                                                        s/Paul E. Davison

                                                        _____
                                                        PAUL E. DAVISON
                                                        United States Magistrate Judge