```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------x

| | |
|---|---|
| USA, | **RESCHEDULING ORDER** |
| - against - | |
| GELANI DIXON, | 22 CR 381 (NSR) |
| Defendant(s). | |

------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

In light of the Court's scheduling conflict, the in-person Sentencing scheduled for November 17, 2022 is hereby

ORDERED **rescheduled, without objection by the parties, to November 18, 2022 at 11:00 am.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding.   To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

SO ORDERED.

Dated:   White Plains, New York
         November 10, 2022

_____
Hon. Nelson S. Román, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/10/2022
```