```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
UNITED STATES OF AMERICA                      22 Cr. 381 (NSR)
                                        :
    - v. -
                                        :
GELANI DIXON.
                                        :
---------------------------------------X
```

ORDER

Upon the application of both Gelani Dixon and Probation Officer Erin Weinrauch, the Court hereby orders that, as a condition of Gelani Dixon's supervised release, Mr. Dixon be ordered to participate in an inpatient drug treatment program approved by the United States Probation Office which may include testing to determine whether Mr. Dixon has reverted to using drugs or alcohol. If applicable, Mr. Dixon may need to contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

So Ordered,

_____
The Honorable Nelson S. Román

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/04/2024

Dated:   White Plains, New York
         January 4, 2024